UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL SMITH | CIVIL ACTION |
| VERSUS | NUMBER: 18-953 |
| METRO SECURITY, INC., and LLOYD JARREAU | SECTION: M (1) |

**J U D G M E N T**

In accordance with the jury's verdict rendered on March 26, 2019, and this Court's order dated July 29, 2019,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of plaintiffs Daniel Smith, Edward Johnson, Darren Norbert, Jauvon Berryhill, Tiffany Turner, Guy Bryant, and James Washington, Jr., and against defendants Metro Security, Inc., and Lloyd Jarreau, individually and jointly, in the total amount of $204,160.50, plus post-judgment interest; and,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs are awarded attorney's fees and costs in the total amount of $58,817.00, plus post-judgment interest.

New Orleans, Louisiana, this 30th day of July, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE